IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

DIANE LYNN ROBERTS                              Case No. 9:19-bk-06179-FMD

_____Debtor._____/

**MOTION TO SELL PROPERTY OF THE ESTATE FREE
AND CLEAR OF PURPORTED LIENS AND INTERESTS**

> A preliminary hearing in this case will be held on **January 23, 2020 at 9:30 a.m.** in Fort Myers Federal Building and Federal Courthouse, Room 4-117, Courtroom E, 2110 First Street, Fort Myers, Florida 33901 to consider and act upon the following or this matter and transact such other business that may come before the Court: **Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests**.
>
> 1. The hearing may be continued upon announcement made in open court without further notice.
> 2. Appropriate Attire – You are reminded that Local Rule 5072-1(b)(16) required that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
> 3. Avoid delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the courthouse.

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and files this Motion to Sell Property of the Estate Free and Clear of Liens and Interests and moves this Court pursuant to 11 U.S.C. §§ 105 and 363(f) and Rule 6004 for entry of an Order authorizing the sale of property of the estate by private sale free and clear of liens and interests and states as follows:

1. The Debtor filed this bankruptcy case and Robert E. Tardif Jr., has been appointed as Trustee to administer the case.

2. **Property:** Trustee proposes to sell the bankruptcy estate's interest in the following property: Cedar Hammock Unit 6, Blk H Lot 7 NKA Villas IV at Cedar Hammock (HO) Lot H-7 (3749 Buttonwood Way, Unit 7, Naples, Florida 34112).

3. **Purchaser:** The proposed purchaser are Theodore Januszewski and Gena Olstad, their permitted assigns or designees. To the Trustee's knowledge the purchaser does not have any relationship to the Debtor or any other party in interest. The purchase and sale agreement with attachments is voluminous so the Trustee is not attaching the agreement to this motion in order to reduce mailing costs. The Trustee will provide a complete copy of the agreement to any party in interest that makes a request and provides an email address to receive a copy.

4. **Price:** The selling price is $365,500.00. The Trustee has not had the property appraised. However, the Trustee retained a real estate agent, and the sales price represents an arms-length negotiated amount. The Trustee, after due diligence, believes the selling price is fair and reasonable.

5.  The following appear to have an interest in the properties to be sold by the Trustee:

| Parties in Interest | Nature of Interest | Amount | |
|---|---|---|---|
| Regions Bank | Mortgage Lien | Approx. | $388,966.00 |
| Regions Bank | Mortgage Lien | Approx. | $ 90,166.00 |

6.  Section 363(f) of the Bankruptcy Code provides, in pertinent part, that: "the trustee may sell property . . . free and clear of any interest in such property and of an entity other than the estate, only if – (2) such entity consents; or (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property; or (4) such interest is in bona fide dispute; . . . ."

7.  With regard to the above Parties in Interest, the Trustee believes that the necessary requirements for a sale free and clear of liens and interests exist by stating the following:

    a.  **Regions Bank** – This Party in Interest has a first priority lien and a second priority lien against the property by virtue of a recorded mortgages against the property. The Trustee anticipates that this party may receive full payment. The expected net proceeds of the sale being proposed is more than the amount due so the Court can approve the sale pursuant to § 363(f)(3) with regard to this interest. However, the Trustee believes that if the net proceeds are not sufficient to pay this party in full (if the transaction is a short sale), it will consent to the sale by accepting a payment less than it is due so the Court can approve the sale pursuant to § 363(f)(2).

8.  The sale of the property free and clear of liens of the above-named individuals and entities is in the best interests of the Debtors' estate, its creditors and other parties in interest.

9.  **Terms:** The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind.

10. **Benefit to Estate:** The Trustee believes the net sales proceeds to the estate will be approximately $17,500.00. This is a short sale transaction with a carve-out to the bankruptcy estate.

11. **Closing Costs:** The Trustee expects to pay the following undisputed liens, claims or costs at the closing:

    a.  Regions Bank (1st Mortgage) – Approximately $307,100.00

    b.  Regions Bank (2nd Mortgage Line of Credit) – Approximately $6,000.00

    c.  Commission – Debra Monterosso/National Default Realty, BK Global and any cooperating agent/broker, if any - $21,930.00.

    d.  Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

        i.    Settlement/Closing Charges (Approximately)                          $ 1,295.00
        ii.   Title & Lien Search & Examination (Approximately)                   $   670.00
        iii.  Document Preparation                                                $   495.00
        iv.   Title Insurance Policy                                              $ 1,580.00
        v.    HOA Assessments & Transfer Fee                                      $   625.00
        vi.   Recording Fees & Estoppel Reimbursements                            $   865.00
        vii.  Reasonable and customary closing costs not to exceed                $   500.00
        viii. Documentary Stamp Tax (State and/or County)                         $ 2,600.00
        ix.   2019 Taxes and/or Prorated taxes                                    $ 4,975.00

    x.  Trustee Liability Insurance                  $ 650.00

  e.  A true and accurate copy of an estimated net sheet or closing statement is attached to this motion.

  f.  Since this motion contemplates a short-sale scenario, it is possible that there may be slight variances in the amounts to be paid to lienholders. However, it is the expectation that the net amount to be received by the estate shall be the amount stated above.

12. **Request to Waive Stay**: At the hearing on this motion the Trustee will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and providing that the order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

  WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens and interests pursuant to Section 363(f), in accordance with the terms stated herein.

## *Certificate of Service*

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished **Electronically** to the Assistant United States Trustee, Neil Morales and those appearing in this case who are registered with CM/ECF and by **Certified Mail** to John M. Turner, Jr., President and CEO of Regions Bank, 1900 Fifth Avenue North, Birmingham, AL 35203 and by **Regular U.S. Mail** to Diane Lynn Roberts, 3749 Buttonwood Way, Naples, FL 34112 and those creditors and parties in interest on the attached matrix on December 12, 2019 that are required to be served pursuant to Local Rule 2002-1(c).

                    /s/ Robert E. Tardif Jr.
                    Robert E. Tardif Jr., Trustee
                    P.O. Box 2140
                    Fort Myers, Florida 33902
                    Telephone: 239/362-2755
                    Facsimile: 239/362-2756
                    Email: rtardif@comcast.net

| Ocean Title LLC | ALTA Combined Settlement Statement |
|---|---|
| 1095 Broken Sound Pkwy NW | |
| Ste 100 | |
| Boca Raton, FL 33487 | |
| (866) 202-8200 | |

| File #: | OT-102 | Property | 3749 Buttonwood Way | Settlement Date | 01/10/20 |
|---|---|---|---|---|---|
| Prepared: | 12/11/19 | | Unit 7 | Disbursement Date | 01/10/20 |
| Escrow Officer: | Joshua M. Liszt Esq. | | Naples, FL 34112 | | |
| | | | CEDAR HAMMOCK UNIT 6 | | |
| | | | BLK H LOT 7 NKA VILLAS IV | | |
| | | | AT CEDAR HAMMOCK | | |
| | | | (HO) LOT H-7 | | |
| | | Buyer | Theodore Januszewski and | | |
| | | | Gena Olstad | | |
| | | | 19 Lincoln Ave | | |
| | | | Round lakes, IL 60073 | | |
| | | Seller | Robert Tardif, as Trustee of | | |
| | | | the Bankruptcy Estate of | | |
| | | | Diane Roberts | | |
| | | | P.O. Box 2140 | | |
| | | | Fort Myers, FL 33092 | | |
| | | Lender | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| Debit | Credit | | Debit | Credit |
| | | **Primary Charges & Credits** | | |
| | $365,500.00 | Sales Price of Property | $365,500.00 | |
| | | Deposit | | $3,500.00 |
| | | Loan Amount | | $150,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $1,570.98 | Assessments 01/10/2020 to 09/30/2020 | $1,570.98 | |
| $74.58 | | County Taxes 01/01/2020 to 01/10/2020 | | $74.58 |
| | $466.01 | HOA Quarterly 01/10/2020 to 03/31/2020 | $466.01 | |
| $525.00 | | Title Policy Adjustment | | $525.00 |
| | | | | |
| | | **Loan Charges** | | |
| $175.00 | | Abstract Title Search to Fidelity National Title Insurance Company | | |
| $495.00 | | Document Preparation to Liszt Law PA | | |
| | | | | |
| | | **Payoffs/Payments** | | |
| $307,084.24 | | Payoff to Regions Bank | | |
| $6,000.00 | | Payoff to Regions Bank | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| $71.00 | | Recording Fees | $171.50 | |
| | | ---Deed: $52.50 | | |
| | | ---Mortgage: $171.50 | | |
| | | ---Affidavit of Compliance: $18.50 | | |
| $2,558.50 | | Documentary Stamp Tax (State Deed Taxes) to Official Records Department | | |
| | | Documentary Stamp Tax (State Security Instrument Taxes) to Official Records Department | $525.00 | |
| | | Intangible Tax (State Security Instrument Taxes) to Official Records Department | $300.00 | |
| | | | | |
| | | **Commissions** | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $7,310.00 | | Listing Agent Commission to National Default Realty, LLC dba The Monterosso REO Team | | |
| $7,310.00 | | Selling Agent Commission to Equity Realty | | |
| | | | | |
| | | **Title Charges** | | |
| | | Title - Lender's Title Policy to Fidelity National Title Insurance Company | $1,095.25 | |
| $1,295.00 | | Title - Settlement Fee to Ocean Title LLC | $1,295.00 | |
| $275.00 | | Title Exam Fee to Fidelity National Title Insurance Company / Ocean Title, LLC (Reimb.) | | |
| $1,597.75 | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| $4,898.12 | | 2019 Property Taxes to Collier County Tax Collector | | |
| $18,275.00 | | BK Estate fee to Robert Tardif, as Trustee of the Bankruptcy Estate of Diane Roberts | | |
| $7,310.00 | | Co-Broker Fee to BK Global | | |
| $9.00 | | e-Recording Fees to Simplifile | $9.00 | |
| $431.00 | | Estoppel (reimbursement) to Ocean Title LLC | | |
| $525.00 | | HOA/Quaterly Jan to VILLAS IV AT CEDAR HAMMOCK ASSOCIATION, INC. | | |
| $217.80 | | Lien Search & update to Ocean Title LLC (Reimb.) | | |
| $100.00 | | Record Motion to Sell to Official Records Department | | |
| $250.00 | | Terminate NOC (prep & recording) to Simplifile / Ocean Title, LLC | | |
| $100.00 | | Transfer Fee to VILLAS IV AT CEDAR HAMMOCK ASSOCIATION, INC. | | |
| $650.00 | | Trustee Liability Insurance to Robert Tardif, as Trustee of the Bankruptcy Estate of Diane Roberts | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $367,536.99 | $367,536.99 | Subtotals | $370,932.74 | $154,099.58 |
| | | Due from Buyer | | $216,833.16 |
| | $0.00 | Due from Seller | | |
| $367,536.99 | $367,536.99 | Totals | $370,932.74 | $370,932.74 |

**See signature addendum**

```
Label Matrix for local noticing       BK Global Real Estate Services      BK Global Real Estate Services
113A-9                                 2000 E. Lamar Blvd Suite 710        Attn: Patrick Butler
Case 9:19-bk-06179-FMD                 Arlington, TX 76006-7341            1095 Broken Sound Parkway, NW
Middle District of Florida                                                 Suite 100
Ft. Myers                                                                  Boca Raton, FL 33487-3503
Thu Dec 12 10:35:10 EST 2019

Regions Bank d/b/a Regions Mortgage    Ally                                Ally
Regions Mortgage                       P.O. Box 380902                     Payment Processing Center
7130 Goodlett Farms Parkway A4W        Bloomington, MN 55438-0902          P.O. Box 78234
Cordova, TN 38016-4991                                                     Phoenix, AZ 85062-8234


Ally Financial                         Ally Financial                      Ally Financial
200 Renaissance Ctr                    Attn: Bankruptcy Dept               P.O. Box 78234
Detroit, MI 48243-1300                 PO Box 380901                       Phoenix, AZ 85062-8234
                                       Bloomington, MN 55438-0901


Ally Financial                         Ally Financial                      AmeriCredit
P.O. Box 8110                          Payment Processing Center           801 Cherry Bank
Cockeysville, MD 21030-8110            P.O. Box 9001951                    Suite 3500
                                       Louisville, KY 40290-1951           Fort Worth, TX 76102


AmeriCredit/GM Financial               American Express                    American Express
Attn: Bankruptcy                       Customer Service                    P.O. Box 0001
PO Box 183853                          P.O. Box 981535                     Los Angeles, CA 90096-0001
Arlington, TX 76096-3853               El Paso, TX 79998-1535


American Express                       American Express                    American Express
P.O. Box 0112                          P.O. Box 297871                     P.O. Box 297879
Palatine, IL 60055-0112                Fort Lauderdale, FL 33329-7871      Fort Lauderdale, FL 33329-7879


American Express                       American Express                    American Express
P.O. Box 360001                        P.O. Box 360002                     P.O. Box 650448
Fort Lauderdale, FL 33336-0001         Fort Lauderdale, FL 33336-0002      Dallas, TX 75265-0448


American Express                       American Express Bank, FSB          American Express*
c/o Becket & Lee LP                    World Financial Center              c/o Becket & Lee
P.O. Box 3001                          200 Vesey Street, 44th Floor        16 General Warren Boulevard
Malvern, PA 19355-0701                 New York, NY 10285-3820             P.O. Box 3001
                                                                           Malvern, PA 19355-0701


Americredit                            Americredit                         Americredit/GM Financial
801 Cherry Street                      P.O. Box 181145                     4001 Embarcadero Drive
Suite 3600                             Arlington, TX 76096-1145            Arlington, TX 76014-4106
Fort Worth, TX 76102-6855


Amex                                   Bank United                         BankUnited NA
PO Box 297871                          7815 NW 148th Street                14817 Oak Ln
Fort Lauderdale, FL 33329-7871         Miami, FL 33016-1554                Miami Lakes FL 33016-1517
```

| | | |
|---|---|---|
| Cedar Hammock Golf & Country<br>Homeowners' Association<br>8660 Cedar Hammock Blvd<br>Naples, FL 34112-3300 | Cedar Hammock HOA<br>c/o Lindsay & Allen, PLLC<br>13180 Livingston Road<br>Suite 206<br>Naples, FL 34109-3934 | Citi<br>P.O. Box 6286<br>Sioux Falls, SD 57117-6286 |
| Citi Bank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citi Cards*<br>P.O. Box 6097<br>Sioux Falls, SD 57117-6097 |
| Citi Financial Retail*<br>P.O. Box 9001006<br>Louisville, KY 40290-1006 | Citi-Card<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 | Citi/Sears<br>Bankruptcy Dept<br>PO Box 790034<br>St Louis, MO 63179-0034 |
| CitiBusiness Card<br>P.O. Box 6235<br>Sioux Falls, SD 57117-6235 | Citibank*<br>P.O. Box 790034<br>Saint Louis, MO 63179-0034 | Citibank, N.A.*<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| (p)CITIFINANCIAL<br>BANKRUPTCY FORECLOSURE UNIT<br>1000 TECHNOLOGY DRIVE<br>OFALLON MO 63368-2239 | Citifinancial*<br>4050 Regent Blvd<br>Irving, TX 75063-2246 | Comenity - Bealls Dept Store<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 |
| Comenity Bank<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 | Comenity Bank<br>4590 E Broad St<br>Columbus, OH 43213-1301 | Comenity Bank<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank<br>Bankruptcy Department<br>183043<br>Columbus, OH 43218-3043 | Comenity Bank<br>Customer Service<br>P.O. Box 183003<br>Columbus, OH 43218-3003 | Comenity Bank<br>P.O. Box 182782<br>Columbus, OH 43218-2782 |
| Comenity Bank<br>P.O. Box 5138<br>LuthervilleTimonium, MD 21094-5138 | Comenity Bank<br>P.O. Box 659617<br>San Antonio, TX 78265-9617 | Comenity Bank<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 |
| Comenity Bank<br>P.O. Box 659728<br>San Antonio, TX 78265-9728 | Comenity Bank<br>PO Box 182272<br>Columbus, OH 43218-2272 | Comenity Bank<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank*<br>c/o Quantum3 Group LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | Comenity Bank/Bealls Florida<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Beallsol<br>220 W Schrock Rd<br>Westerville, OH 43081-2873 |

| | | |
|---|---|---|
| Comenity Bank/Talbots<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Bk<br>Attn: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 | Comenity Capital<br>PO Box 182120<br>Columbus, OH 43218-2120 |
| Dept Store Nat Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Dept Str Nat Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>2500 Lake Cook Road<br>Riverwoods, IL 60015-3801 | Discover Bank<br>P.O. Box 6103<br>Carol Stream, IL 60197-6103 |
| Discover Card<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | Discover Card<br>P.O. Box 960013<br>Orlando, FL 32896-0013 | Discover Card Fin Serv<br>Attn: Bankruptcy Dept<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 |
| Discover Card Fin Serv<br>P.O. Box 15316<br>Wilmington, DE 19850-5316 | Discover Card Fin Serv<br>P.O. Box 3008<br>New Albany, OH 43054-3008 | Discover Card Fin Serv<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 |
| Discover Fin Svcs Llc<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Discover Personal Loans<br>P.O. Box 6105<br>Carol Stream, IL 60197-6105 | First Bankcard<br>Bankcard Payment Processing<br>P.O. Box 2557<br>Omaha, NE 68103-2557 |
| First Bankcard<br>c/o First Natl Bank of Omaha<br>Omaha, NE 68103 | First Bankcard<br>c/o First Natl Bank of Omaha<br>Omaha, NE 68197-0001 | Freddie Mac<br>8200 Jones Branch Drive<br>Mc Lean, VA 22102-3110 |
| I've Been Framed, LLC<br>1410 Pine Ridge Road<br>Unit 12<br>Naples, FL 34108-8905 | Lincoln Automotive Fin Serv<br>Attn: Bankruptcy<br>PO Box 542000<br>Omaha, NE 68154-8000 | Lowe's<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 |
| Lowe's/Synchrony Bank<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | Macy's Propriety*<br>P.O. Box 9001094<br>Louisville, KY 40290-1094 | Macys<br>13141 34th Street North<br>Clearwater, FL 33762-4259 |
| Macys<br>911 Duke Blvd<br>Mason, OH 45040 | Macys<br>P.O. Box 8066<br>Mason, OH 45040-8066 | Macys<br>P.O. Box 8118<br>Mason, OH 45040-8118 |

| | | |
|---|---|---|
| Macys<br>P.O. Box 9001094<br>Louisville, KY 40290-1094 | Macys Bktcy Dept*<br>Attn: Bankruptcy Dept<br>P.O. Box 8053<br>Mason, OH 45040-8053 | Oncology & Orthopedic Phys<br>840 111th Avenue N.<br>Suite 1<br>Naples, FL 34108-1868 |
| PNC Bank<br>Attn: Bankruptcy Department<br>PO Box 94982<br>Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101-4982 | PNC Bank<br>P.O. Box 609<br>Pittsburgh, PA 15230-0609 | PNC Bank, N.A.<br>P.O. Box 25965<br>Shawnee Mission, KS 66225-5965 |
| PNC Bank, N.A.<br>P.O. Box 609<br>Pittsburgh, PA 15230-0609 | PNC Bank, N.A.<br>c/o PNC Bank NA<br>#538152<br>1669 Phoenix Pkwy Ste 210<br>Atlanta, GA 30349-5463 | PNC Fin Serv Group, Inc.<br>249 Fifth Avenue<br>Pittsburgh, PA 15222-2707 |
| PNC Mortgage<br>6 N Main St<br>Dayton, OH 45402-1908 | Region/Ams<br>P.O. Box 216<br>Birmingham, AL 35201-0216 | Region/Ams<br>PO Box 11007<br>Birmingham, AL 35288-0001 |
| Regional Acceptance Corp.<br>2650 McCormick Drive<br>#170<br>Clearwater, FL 33759-1032 | Regional Acceptance Corp.<br>P.O. Box 580075<br>Charlotte, NC 28258-0075 | Regional Acceptance Corp.<br>P.O. Box 830913<br>Birmingham, AL 35283-0913 |
| Regions Bank<br>1900 Fifth Avenue North<br>Birmingham, AL 35203-2670 | Regions Bank<br>2050 Parkway Office Circle<br>Hoover, AL 35244-1805 | Regions Bank<br>Attn: Bankruptcy<br>1900 Fifth Avenue North<br>Birmington, AL 35203-2670 |
| Regions Bank<br>Attn: Bankruptcy<br>PO Box 10063<br>Birmingham, AL 35202-0063 | Regions Bank<br>Consumer Loan Processing<br>P.O. Box 2224<br>Birmingham, AL 35246-0026 | Regions Bank<br>P.O. Box 1984<br>Birmingham, AL 35201-1984 |
| Regions Bank<br>c/o Corp Service Company<br>1201 Hays Street<br>Tallahassee, FL 32301-2699 | Regions Bank<br>c/o J. Andrew Baldwin, Esq.<br>1881 West Kennedy Blvd.<br>Tampa, FL 33606-1611 | Regions Mortgage<br>Attn: Bankruptcy<br>PO Box 18001<br>Hattiesburg, MS 39404-8001 |
| Regions/Ams<br>P.O. Box 11007<br>Birmingham, AL 35288-0002 | Sears<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Sears Card<br>P.O. Box 6189<br>Sioux Falls, SD 57117-6189 |
| Sears Card<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Sears Credit Cards<br>P.O. Box 9001055<br>Louisville, KY 40290-1055 | Sears Mastercards<br>Card Services Center<br>P.O. Box 6275<br>Sioux Falls, SD 57117-6275 |

| | | |
|---|---|---|
| Sears c/c<br>P.O. Box 6282<br>Sioux Falls, SD 57117-6282 | Sears/CBSD<br>701 E 60th Street North<br>P.O. Box 6241<br>Sioux Falls, SD 57117-6241 | Sears/Cbna<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 |
| Sears/Cbsd<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | SunTrust<br>Commercial Credit Services<br>P.O. Box 4418<br>Atlanta, GA 30302-4418 | SunTrust<br>P.O. Box 305053<br>Nashville, TN 37230-5053 |
| SunTrust Bank<br>1001 Semmes Avenue<br>6th Floor<br>Richmond, VA 23224-2245 | SunTrust Bank<br>15225 Collier Blvd.<br>Naples, FL 34119-7715 | SunTrust Bank<br>7455 Chancellor Drive<br>Orlando, FL 32809-6213 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | SunTrust Bank<br>P.O. Box 85526<br>Richmond, VA 23285-5526 | SunTrust Bank<br>c/o Legal Department<br>303 Peachtree Street NE<br>Atlanta, GA 30308-3201 |
| SunTrust Bank Recovery Dept<br>P.O. Box 85041<br>Richmond, VA 23285-5041 | SunTrust Bank*<br>Default Management Recovery<br>11011 W Broad Street<br>Glen Allen, VA 23060-5937 | Suntrust Bank<br>Attn: Bankruptcy<br>Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 |
| Syncb<br>PO Box 965007<br>Orlando, FL 32896-5007 | Syncb Bank<br>P.O. Box 960013<br>Orlando, FL 32896-0013 | Syncb Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Syncb Bank<br>P.O. Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank<br>Attn: Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | Synchrony Bank<br>P.O. Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank<br>P.O. Box 965008<br>Orlando, FL 32896-5008 |
| Synchrony Bank<br>P.O. Box 965022<br>Orlando, FL 32896-5022 | Synchrony Bank<br>P.O. Box 965033<br>Orlando, FL 32896-5033 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| The Great Frame Up<br>100 Glenborough Drive<br>14th Floor<br>Houston, TX 77067-3600 | The Great Frame Up<br>101 South Hanley Road<br>Suite 1280<br>Saint Louis, MO 63105-3406 | The Great Frame Up<br>14300 Cornerstone Village Dr<br>Suite 321<br>Houston, TX 77014-1249 |

| | | |
|---|---|---|
| The Great Frame Up<br>P.O. Box 1187<br>Houston, TX 77251-1187 | United States Trustee - FTM7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Villas IV at Cedar Hammock<br>c/o American Prop Mgmt Serv<br>8825 Tamiami Trail East<br>Naples, FL 34113-3347 |
| Visa Dpt Str Nat Bk/Macy's<br>Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 | (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | Volkswagen Credit<br>P.O. Box 5205<br>Carol Stream, IL 60197-5205 |
| Volkswagen Credit<br>P.O. Box 5215<br>Carol Stream, IL 60197-5215 | Volkswagen Credit, Inc<br>Attn: Bankruptcy<br>PO Box 3<br>Hillboro, OR 97123-0003 | Wells Fargo<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Wells Fargo<br>P.O. Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo<br>P.O. Box 31557<br>Billings, MT 59107-1557 |
| Wells Fargo Bank<br>P.O. Box 5169<br>Sioux Falls, SD 57117-5169 | Wells Fargo Bank *<br>7000 Vista Dr.<br>West Des Moines, IA 50266-9310 | Wells Fargo Bank NA<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01a<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank*<br>7000 Vista Drive #N8235-10<br>West Des Moines, IA 50266-9310 | Wells Fargo Bank, Legal Orde<br>P.O. Box 29779<br>MAC S4001-01E<br>Phoenix, AZ 85038-9779 | Wells Fargo Bank, N.A.<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 |
| Wells Fargo Bank, N.A.<br>P.O. Box 522<br>Des Moines, IA 50306-0522 | Wells Fargo Bank, N.A.*<br>c/o Wfds Bktcy Dept<br>P.O. Box 3569<br>Rancho Cucamonga, CA 91729-3569 | Wells Fargo Card Services<br>P.O. Box 10347<br>Des Moines, IA 50306-0347 |
| Wells Fargo Card Services<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 | Wells Fargo Card Services<br>P.O. Box 51193<br>Los Angeles, CA 90051-5493 | Wells Fargo Card Services*<br>7000 Vista Drive<br>West Des Moines, IA 50266-9310 |
| Wells Fargo Financial<br>800 Walnut Street<br>Des Moines, IA 50309-3891 | Wells Fargo*<br>P.O. Box 660553<br>Dallas, TX 75266-0553 | Debra Monterosso<br>15275 Collier Blvd. # 201-385<br>Naples, FL 34119-6750 |
| Diane Lynn Roberts<br>3749 Buttonwood Way<br>Naples, FL 34112-3349 | Neil Morales<br>The Law Offices of Neil Morales, P.A.<br>2272 Airport Pulling Rd South, Suite 209<br>Naples, FL 34112-4837 | Robert E Tardif Jr.<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citi Cards
P.O. Box 6409
The Lakes, NV 88901-6409

Citifinancial
300 Saint Paul PL
Baltimore, MD 21202

Discover
P.O. Box 30943
Salt Lake City, UT 84130

(d)Discover
PO Box15316
Wilmington, DE 19850-5316

(d)Discover Bank
P.O. Box 30943
Salt Lake City, UT 84130

(d)Discover Bank
c/o Discover Products, Inc.
6500 New Albany Road
New Albany, OH 43054

(d)Discover Card
P.O. Box 15156
Wilmington, DE 19850-5156

(d)Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

(d)Discover Financial
Attn: Bankruptcy Department
PO Box 15316
Wilmington, DE 19850

SunTrust Bank
P.O. Box 15726
Wilmington, DE 19886-5726

Volkswagen Credit
Attn: Payoff Department
P.O. Box 7498
Libertyville, IL 60048-7498

Wells Fargo
8480 Stagecoach Cir
Frederick, MD 21701


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Discover Card
P.O. Box 71084
Charlotte, NC 28272-1084

(d)Lowe's
P.O. Box 530914
Atlanta, GA 30353-0914

(d)Sears Credit Cards*
P.O. Box 9001055
Louisville, KY 40290-1055


End of Label Matrix
Mailable recipients    179
Bypassed recipients      3
Total                  182