

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/23/2020 09:30 AM

COURTROOM Room 4-102

## HONORABLE CARYL DELANO

CASE NUMBER:                                    FILING DATE:

**9:19-bk-06179-FMD**          **7**          **06/28/2019**

**Chapter 7**

**DEBTOR:**     Diane Roberts


**DEBTOR ATTY:**   **Neil Morales**

**TRUSTEE:**     **Robert Tardif**

**HEARING:**

Motion to Sell Property Free and Clear of Liens. Property description: 3749 Buttonwood Way, Unit 7, Naples, FL 34112. (Short Sale Transaction of Improved Real Property). (Verify Fee) Filed by Trustee Robert E Tardif Jr.. (Tardif, Robert) Doc #21

**APPEARANCES::** Bob Tardif

**WITNESSES:**

**EVIDENCE:**

**RULING:**

Motion to Sell Property Free and Clear of Liens. Property description: 3749 Buttonwood Way, Unit 7, Naples, FL 34112. (Short Sale Transaction of Improved Real Property). (Verify Fee) Filed by Trustee Robert E Tardif Jr.. (Tardif, Robert) Doc #21 - Granted subject to lenders consent O/Tardif
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.