ORDERED.

Dated: January 29, 2020

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

In Re:

DIANE LYNN ROBERTS,    Case No. 9:19-bk-06179-FMD

    Debtor.    Chapter 7

_____/

## ORDER GRANTING MOTION AND CONFIRMING
## AUTOMATIC STAY NOT IN EFFECT

THIS CAUSE came on for consideration upon the Motion for Order Confirming Automatic Stay Not in Effect [Docket No. 25] filed by ACAR LEASING LTD, INC., D/B/A GM FINANCIAL LEASING (hereinafter "GM FINANCIAL LEASING" "Creditor"), secured creditor herein. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of the date of service. No party filed an objection within the time permitted. The Court therefore considers the matter to be unopposed, and the Motion should be granted. It is therefore

ORDERED, ADJUDGED and DECREED that:

1. The Creditor's Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362(j) is not in effect as to, and the Creditor may proceed under state law to enforce its rights in, the collateral more specifically described as **2017 CADILLAC XT5, VIN: 1GYKNCRS8HZ133767**. Creditor shall not seek or obtain in personam relief against the Debtor.

Attorney David E. Hicks is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.